PER CURIAM.
Affirmed. See: Mike Bradford & Co. v. Gulf States Steel Co., 184 So.2d 911, 913, 915 (Fla.3d DCA 1966); Hall v. Nationwide Insurance Company, 189 So.2d 224, 225 (Fla.4th DCA 1966); Ojus Industries, Inc. v. Mann, 221 So.2d 780, 782 (Fla.3d DCA 1969); Gettles v. Commercial Bank at Winter Park, 276 So.2d 837, 839-840 (Fla.4th DCA 1973); Seville Condominium # 1, Inc. v. Clearwater Development Corporation, 340 So.2d 1243, 1245 (Fla.2d DCA 1977).